IN THE UNITED STATES DISTRICT COURT  F I L E D
FOR THE DISTRICT OF COLORADO UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 07-cv-00041-PSF-BNB

MAR 2 8 2007

BRIAN KARTCHNER,

GREGORY C. LANGHAM
CLERK

        Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT PAROLE,
JEANEENE MILLER, Community Corrections Director,
JOSEPH ORTIZ, Colorado Department of Corrections,
SHIRLEY STEINBECK, Arkansas Valley Correctional Facility,
CASE MANAGER MORALES, Arkansas Valley Correctional Facility,
CASE MANAGER ATKINS, Arkansas Valley Correctional Facility,
BARRY PARADUS, Colorado Department of Corrections, Clinical Services,
GARY GOLDER, Colorado Department of Corrections,
JONIE SHOEMAKER, Colorado Department of Corrections,
DENNIS DIAZ, Colorado Department of Corrections, Controler [sic],
TAMBOR WILLIAMS, Colorado Department of Regulatory Agencies,
ROSEMARY McCOOL, Colorado Department of Division of Registrations,
STATE OF COLORADO BOARD OF MENTAL HEALTH,
MR. VIGIL, Arkansas Valley Correctional Mental Health Department,
STEVEN HOLMES (JOHN DOE & JANE DOE 1-100), Colorado Department of Parole
        of Montezuma County Western Slope,
HENRY YBARRA, Arkansas Valley Correctional Facility, Metal [sic] Health,

        Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause is before the Court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.  The

Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants.  If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated:  March 26, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
PHILLIP S. FIGA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00041-PSF-BNB

Brian Kartchner
Prisoner No. 94307
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Colorado Department of Corrections Division of Adult Parole,
Jeaneene Miller, Shirley Steinbeck, Case Manager Morales,
Case manager Atkins, Barry Paradus, Gary Golder, Jonie Shoemaker,
Dennis Diaz, Mr. Vigil, and Henry Ybarra, and Steven Holmes - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Joseph Ortiz, Tambor Williams, Rosemary McCool, and
State of Colorado Board of Mental Health,

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst for service of process on Colorado
Department of Corrections Division of Adult Parole, Jeaneene Miller, Shirley Steinbeck,
Case Manager Morales, Case Manager Atkins, Barry Paradus, Gary Golder, Jonie
Shoemaker, Dennis Diaz, Mr. Vigil, Henry Ybarra, and Steven Holmes; to the US Marshal
Service for service of process on Tambor Williams, Rosemary McCool, and State of
Colorado Board of Mental Health; to John Suthers: PRISONER COMPLAINT FILED
01/30/07, ORDER FILED 3/12/07, SUMMONS, WAIVER*, AND NOTICE OF
AVAILABILITY OF MAGISTRATE JUDGE on 3/28/07     .

                                           GREGORY C. LANGHAM, CLERK

                                           By: _____
                                                          Deputy Clerk