IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00041-PSF-BNB

BRIAN KARTCHNER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT PAROLE,
JEANEENE MILLER, Community Corrections Director,
JOSEPH ORTIZ, Colorado Department of Corrections,
SHIRLEY STEINBECK, Arkansas Valley Correctional Facility,
CASE MANAGER MORALES, Arkansas Valley Correctional Facility,
CASE MANAGER ATKINS, Arkansas Valley Correctional Facility,
BARRY PARADUS, Colorado Department of Corrections, Clinical Services,
GARY GOLDER, Colorado Department of Corrections,
JONIE SHOEMAKER, Colorado Department of Corrections,
DENNIS DIAZ, Colorado Department of Corrections, Controler [sic],
TAMBOR WILLIAMS, Colorado Department of Regulatory Agencies,
ROSEMARY McCOOL, Colorado Department of Division of Registrations,
STATE OF COLORADO BOARD OF MENTAL HEALTH,
MR. VIGIL, Arkansas Valley Correctional Mental Health Department,
STEVEN HOLMES (JOHN DOE & JANE DOE 1-100), Colorado Department of Parole
    of Montezuma County Western Slope,
HENRY YBARRA, Arkansas Valley Correctional Facility, Metal [sic] Health,

    Defendants.

## ORDER DIRECTING CLERK TO REMAIL DOCUMENTS AND INCLUDE PLAINTIFF'S REGISTRATION NUMBER ON MAILINGS

This cause is before the Court *sua sponte*, upon the receipt by the Clerk of Court of at least two undeliverable mailings that were sent by the Clerk of the Court to the plaintiff, an inmate at the Arkansas Valley Correctional Center. The mailings apparently were not deliverable due, in part, to the absence of plaintiff's Department of Corrections ("DOC") registration number (*see* Dkt. ## 16 and 17). Accordingly, in order to alleviate

this problem, the Clerk of Court is directed to remail the above referenced documents, and include plaintiff's DOC registration number on the remailed documents and all future mailings to plaintiff.

Dated: April 11, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge