IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00041-PSF-BNB

BRIAN KARTCHNER,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT PAROLE,
JEANEENE MILLER, Community Corrections Director,
JOSEPH ORTIZ, Colorado Department of Corrections,
U.S. ATTORNEY GENERAL ALBERTO GONZALES, United States Department of justice,
SHIRLEY STEINBECK, Arkansas Valley Correctional Facility,
CASE MANAGER MORALES, Arkansas Valley Correctional Facility,
CASE MANAGER ATKINS, Arkansas Valley Correctional Facility,
BARRY PARADUS, Colorado Department of Corrections, Clinical Services,
GARY GOLDER, Colorado Department of Corrections,
JONIE SHOEMAKER, Colorado Department of Corrections,
DENNIS DIAS, Colorado Department of Corrections, Controler [sic],
DAVID M. WALKER, Government Accountability Office,
GLENN A. FINE, Office of the Inspector General,
H. MARSHALL JARRETT, Office of Professional Responsibility,
TAMBOR WILLIAMS, Colorado Department of Regulatory Agencies,
ROSEMARY MCCOOL, Colorado Department of Division of Registrations,
STATE OF COLORADO BOARD OF MENTAL HEALTH,
RICHARD M. CARMONA, United States Department of Health and Human Services, Surgeon General,
MR. VIGIL, Arkansas Valley Correctional Mental Health Department,
STEVEN HOLMES (JOHN DOE & JANE DOE 1-100), Colorado Department of Parole of Montezuma County Western Slope,
NOLAN RENFROE, Colorado Department of Corrections,
LOU ARCHULETTA, Colorado Department of Corrections, Private Prison Liaison, and
HENRY YBARRA, Arkansas Valley Correctional Facility, Metal [sic] Health,

Defendants.
_____

**ORDER TO MAKE MONTHLY FILING FEE PAYMENT
OR TO SHOW CAUSE**
_____

By an Order dated February 1, 2007 [Doc. # 7], plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff paid an initial partial filing fee of $10.00 on February 26, 2007.  Thereafter, he has neither made any monthly payment nor shown cause to excuse his monthly payments.

Plaintiff has failed to make the required monthly payments or show cause why he has no assets and no means by which the monthly payments for the months of March, April, and May 2007.  Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

Nor is it acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause.  Such a procedure is unreasonably burdensome.  Consequently, hereafter I will require plaintiff, on or before the 15th day of **each** month and without any further notice from or order of the court, either to make the required monthly payment for the preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no

means by which to make the monthly payment.  If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* entered on February 1, 2007.

IT IS ORDERED that plaintiff shall have 15 days from the date of this order to make the required monthly payments of 20 percent of each month's income credited to his account for the months of March, April, and May 2007, or to show cause why he cannot make the required monthly payments.

IT IS FURTHER ORDERED that on or before the 15th day of **each** month hereafter plaintiff shall either make the required monthly payment for the preceding month or file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this action may be dismissed without further notice.

Dated June 18, 2007.

                                                 BY THE COURT:

                                                 s/ Boyd N. Boland
                                                 United States Magistrate Judge