IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00041-PSF-BNB

BRIAN KARTCHNER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT PAROLE;
JEANEENE MILLER, Community Corrections Director;
JOSEPH ORTIZ, Colorado Department of Corrections;
SHIRLEY STEINBECK, Arkansas Valley Correctional Facility;
CASE MANAGER MORALES, Arkansas Valley Correctional Facility;
CASE MANAGER ATKINS, Arkansas Valley Correctional Facility;
BARRY PARADUS, Colorado Department of Corrections, Clinical Services;
GARY GOLDER, Colorado Department of Corrections;
JONIE SHOEMAKER, Colorado Department of Corrections;
DENNIS DIAZ, Colorado Department of Corrections, Controler [sic];
TAMBOR WILLIAMS, Colorado Department of Regulatory Agencies;
ROSEMARY McCOOL, Colorado Department of Division of Registrations;
STATE OF COLORADO BOARD OF MENTAL HEALTH;
MR. VIGIL, Arkansas Valley Correctional Mental Health Department;
STEVEN HOLMES (JOHN DOE & JANE DOE 1-100), Colorado Department
    of Parole of Montezuma County Western Slope; and
HENRY YBARRA, Arkansas Valley Correctional Facility, Metal [sic] Health,

    Defendants.
_____

**ORDER ON RECOMMENDATION OF THE MAGISTRATE JUDGE
ENTERED ON AUGUST 22, 2007**
_____

    This matter comes before the Court on the Recommendation of United States Magistrate Judge entered August 22, 2007 (Dkt. # 54) and the objection to the Recommendation filed September 4, 2007 (Dkt. # 56). Pursuant to Rule 72(b), F.R.Civ.P and 28 U.S.C. § 636(b)(1)(C), the Court reviews *de novo* the portions of the

Recommendation to which Plaintiff has made specific objections. For the reasons set forth below, the Recommendation to dismiss this case is DECLINED at this time.

By Order dated February 1, 2007 (Dkt. # 7) plaintiff was granted leave to proceed *in forma pauperis* pursuant to 26 U.S.C.. § 1915. Plaintiff paid an initial partial filing fee of $10.00 on February 26, 2007. Thereafter, he has neither made any monthly payment nor shown cause to excuse his monthly payments.

On June 18, 2007 (Dkt. # 41) plaintiff was ordered to make his monthly filing fee payment or to show cause why he cannot. Plaintiff responded to the Order to Show Cause on June 27, 2007 (Dkt. # 47). In his response, the plaintiff claimed that he had been provided with "false information" by his case manager that "inmate banking would automatically" make the required monthly payments," and that he "will mail all future payments to the Court. . . . Further Plaintiff will pay the arrears fees to the Court to bring current." The plaintiff attached a copy of his trust fund account statement to the response, which showed a positive balance of $17.53 as of June 21, 2007.

Thereafter, plaintiff did not make any payment as promised in the response; nor did he pay the arrearage as promised in the response, and he made no showing of good cause for his failure to pay since the initial payment on February 26, 2007. Accordingly, on August 22, 2007, the Magistrate Judge issued his Recommendation (Dkt. # 54) that the case be dismissed without prejudice for the plaintiff's failure to make monthly payments in partial satisfaction of the filing fee and his failure to show cause why he cannot make such payments.

On August 23, 2007, the day following the filing of the Recommendation, plaintiff filed an Inmate Trust Fund Account Statement (Dkt. # 55) for the period February 21, 2007 through August 21, 2007, which showed a positive balance of $105.73 as of August 21, 2007.  By this filing, plaintiff essentially sought to comply with the requirement that he show cause why he cannot pay the filing fee, and thus the Court declines to dismiss the case for noncompliance as recommended by the Magistrate Judge.

However, the plaintiff offered no payments toward his filing fee, nor any explanation why he has not made any payments given the balance in his account, until September 4, 2007 when plaintiff filed a "Motion to Reply of United States Magistrate Judge: Written Objection" (Dkt. 56), which this Court treats as an objection to the Recommendation.  In this filing plaintiff asserts that his "wife Tina Kartchner was to mail a money order to the court to pay the balance off of the filing fee in full on August 20, 2007."  Dkt. # 56 at 1.  However, as of September 7, 2007, the court records reflect that despite plaintiff's assurance, no payment has been received since the initial filing fee payment of $10.00 on February 26, 2007.

In reviewing the Inmate Trust Fund Statement submitted by the plaintiff on August 23, 2007, the Court finds that the plaintiff has maintained a positive balance in his account since February 21, 2007.  Pursuant to § 1915(b)(2), plaintiff is required to make minimum  "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  The Court finds that the

monthly income credited to the plaintiff's account and the monthly payment of 20 percent of the income is as follows:

| MONTH | INCOME | 20 PERCENT |
|---|---|---|
| March | $159.61 | $ 31.92 |
| April | $ 58.86 | $ 11.77 |
| May | $ 51.49 | $ 10.30 |
| June | $ 69.30 | $ 13.86 |
| July | $152.60 | $ 30.52 |
| August | $152.83 | $ 30.56 |
|  | $644.69 | $128.93 |

The Court finds that as of September 1, 2007, the plaintiff should have paid into the court registry filing fees of at least $128.93.

It is therefore ORDERED that the plaintiff shall pay into the court registry at least $128.93 on or before September 21, 2007.  If plaintiff fails to comply with this Order, the complaint and this action may be dismissed without further notice.  The Recommendation of the Magistrate Judge that this case should be dismissed with prejudice (Dkt. # 54) will not be acted upon at this time due to the intervening events described above.

DATED:  September 7, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge