IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00041-PSF-BNB

BRIAN KARTCHNER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT PAROLE;
JEANEENE MILLER, Community Corrections Director;
JOSEPH ORTIZ, Colorado Department of Corrections;
SHIRLEY STEINBECK, Arkansas Valley Correctional Facility;
CASE MANAGER MORALES, Arkansas Valley Correctional Facility;
CASE MANAGER ATKINS, Arkansas Valley Correctional Facility;
BARRY PARADUS, Colorado Department of Corrections, Clinical Services;
GARY GOLDER, Colorado Department of Corrections;
JONIE SHOEMAKER, Colorado Department of Corrections;
DENNIS DIAZ, Colorado Department of Corrections, Controler [sic];
TAMBOR WILLIAMS, Colorado Department of Regulatory Agencies;
ROSEMARY McCOOL, Colorado Department of Division of Registrations;
STATE OF COLORADO BOARD OF MENTAL HEALTH;
MR. VIGIL, Arkansas Valley Correctional Mental Health Department;
STEVEN HOLMES (JOHN DOE & JANE DOE 1-100), Colorado Department
of Parole of Montezuma County Western Slope; and
HENRY YBARRA, Arkansas Valley Correctional Facility, Metal [sic] Health,

    Defendants.

## ORDER OF DISMISSAL

By Order entered September 7, 2007 (Dkt. # 57, plaintiff was directed to pay into the court registry at least $128.93 on or before September 21, 2007. In entering this Order, the Court deferred accepting the Recommendation of the Magistrate Judge (Dkt. # 54) that the case should be dismissed with prejudice for noncompliance with the Magistrate Judge's previous show cause order.

Plaintiff has failed to comply with the Court's Order to make payment by September 21, 2007. Plaintiff has filed no explanation with the Court as to why he has failed to make the payment. Accordingly, the Recommendation of the Magistrate Judge is accepted, and it is ORDERED that the complaint and the action are DISMISSED WITH PREJUDICE.

DATED: September 25, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge